IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RODNEY ALVERSON,              )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )     2:16cv928-MHT
                              )         (WO)
JEFFERSON DUNN,               )
Commissioner, Alabama         )
Department of Corrections,    )
et al.,                       )
                              )
    Defendants.               )
```

OPINION AND ORDER

The plaintiff, a state prisoner, filed a motion for preliminary injunction seeking to be moved to a safer dorm. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court is of the opinion that the recommendation should be adopted.

* * *

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 36) is adopted.

(2) The motion for preliminary injunction (doc. no. 15) is denied.

(3) This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 22nd day of February, 2017.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**