# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RODNEY ALVERSON,           )<br>                            )<br>    Plaintiff,             )<br>                            )          CIVIL ACTION NO.<br>    v.                      )            2:16cv928-MHT<br>                            )                (WO)<br>JEFFERSON DUNN,             )<br>Commissioner, Alabama       )<br>Department of Corrections,  )<br>et al.,                     )<br>                            )<br>    Defendants.             ) | |

## OPINION AND ORDER

The plaintiff, a state prisoner, filed a motion for preliminary injunction in which he contends that one of the defendants transferred him from Draper Correctional Facility to Easterling Correctional Facility in retaliation for filing this civil action. He requests that the court order the defendants to transfer him to a different facility. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary

injunction be denied. Also before the court are plaintiff's objections to the recommendation. Upon an independent and de novo review of the record, the court is of the opinion that objections should be overruled and the recommendation should be adopted.

* * *

Accordingly, it is ORDERED that:

(1) Plaintiff's objections (doc. no. 106) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 102) is adopted.

(3) The motion for preliminary injunction (doc. no. 95) is denied.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 28th day of March, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**