IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ALVERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO 2:16-CV-928-RAH-CSC |
| JEFFERSON DUNN, | ) |
| Commissioner, Alabama | ) |
| Department of Corrections, | ) |
| *et. al.*, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 118) is adopted.

(2) The Defendants' motions for summary judgment (Docs. 29 and 31) are granted.

(3) Judgment is entered in favor of Defendants and against Plaintiff, with Plaintiff taking nothing by his complaint.

No costs are taxed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this 15th day of January, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE